

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2018

No. 04-18-00176-CR

Steve **MENDIOLA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR0624
Honorable Steve Hilbig, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is deemed filed.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of October, 2018.

_____
Keith E. Hottle
Clerk of Court